IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUBEN MORALES,           : | |
|     Plaintiff,           : | |
|                   : | |
| v.           : | CIVIL ACTION NO. 20-CV-0439 |
|                   : | |
| JOHN C. WETZEL, *et al.*,           : | |
|     Defendants.           : | |

## ORDER

**AND NOW**, this 12th day of February 2021, upon consideration of Ruben Morales's *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. Morales's Complaint is **DISMISSED** with prejudice[1] for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**

---

[1] The dismissal of Morales's Complaint is without prejudice as to any claim that Morales may bring in state court for the willful deprivation of property by state officials.